UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN SCOTT HANSEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVID B. LONG, Warden,<br><br>　　　　Respondent. | Case No. SACV 12-02131-VBF (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the respondent's Answer and accompanying Memorandum of Points and Authorities, the petitioner's reply, the other records on file herein, the Report and Recommendation ("R&R") of the United States Magistrate Judge, and the petitioner's objections to the R&R. Further, the Court has engaged in a de novo review of those portions of the R&R to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:　July 10, 2014

　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE