# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN SCOTT HANSEN,** | NO. SA CV 12-02131-VBF-DTB |
| Petitioner, | |
| v. | RULE 58 FINAL JUDGMENT |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED:     July 10, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE